**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 28 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARK RIVERA,

Plaintiff - Appellant,

v.

CITY OF SAN RAFAEL; ANDREW
URTON; CRISTINE ALILOVICH; CHRIS
HESS; JOHN STEFANSKI,

Defendants - Appellees.

No. 24-5524

D.C. No. 4:24-cv-05239-YGR

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Yvonne Gonzalez Rogers, District Judge, Presiding

Submitted January 22, 2025[**]

Before:    CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Mark Rivera appeals pro se from the district court's order denying his

motion for a preliminary injunction in his action alleging various federal and state

law claims concerning his threatened eviction from certain public property. We

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

have jurisdiction under 28 U.S.C. § 1292(a)(1).  We review for an abuse of discretion.  *Am. Trucking Ass'ns, Inc. v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009).  We affirm.

The district court did not abuse its discretion in denying Rivera's motion for a preliminary injunction because Rivera failed to establish the requirements for such relief.  *See id.* (explaining that a plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, he is likely to suffer irreparable harm in the absence of preliminary relief, the balance of equities tips in his favor, and an injunction is in the public interest).

**AFFIRMED.**